| | |
|---|---|
| 1 | Tiega-Noel Varlack, Esq. (SBN 248203) |
| | **VARLACK LEGAL SERVICES** |
| 2 | Gatehouse Plaza II |
| 3 | 1260 B Street, Suite 350 |
| | Hayward, CA 94541 |
| 4 | Telephone: (510) 397-2008 |
| | Facsimile: (510) 397-2997 |
| 5 | E-mail: tiega@varlacklegal.com |
| 6 | |
| | Attorney for Plaintiff, |
| 7 | DONNELL MOORER |
| 8 | |
| | Scott D. Cunningham (State Bar No.:200413) |
| 9 | Ivy L. Nowinski (State Bar No.: 268564) |
| | **CONDON & FORSYTH LLP** |
| 10 | 1901 Avenue of the Stars, Suite 1050 |
| | Los Angeles, California 90067-6036 |
| 11 | Telephone: (310) 557-2030 |
| 12 | Facsimile: (310) 557-1299 |
| | Email:scunningham@condonlaw.com |
| 13 | Email:inowinski@condonlaw.com |
| 14 | |
| | Attorneys for Defendants, |
| 15 | COPA AIRLINES |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNELL MOORER, an individual | Case No.: 3:23-cv-04202-WHA |
| Plaintiff, | |
| | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER DISMISSING THIS ACTION** |
| | **PURSUANT TO FRCP** |
| COPA AIRLINES and DOES 1 through 10 | **RULE41(a)(1)(A)(ii)** |
| Defendants. | |

The parties in the above referenced matter have settled their dispute. The parties therefore request a dismissal with prejudice as to the entire action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by stipulation of the parties

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DONNELL MOORER, individually, and Defendant COPA AIRLINES, et al., the only parties to the above-captioned action, by and through their counsel of record, that the above-

captioned action may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and that the Court may enter the Order of Dismissal below.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 8, 2024

**VARLACK LEGAL SERVICES**

_____
Tiega-Noel Varlack, Esq.
Attorney for Plaintiff,
DONNELL MOORER

DATED: May 8, 2024

**CONDON & FORSYTH LLP**

/s/ Scott Cunningham
_____
Scott D. Cunningham
Attorneys for Defendants,
Copa Airlines et. al.

/s/ Ivy L. Nowinski
_____
Ivy L. Nowinski
Attorneys for Defendants,
Copa Airlines et. al.

DATED: May 8, 2024



GRANTED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA